

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| THE STATE OF TEXAS, | § | No. 08-19-00215-CR |
| State, | § | Appeal from the |
| v. | § | County Criminal Court No. 4 |
| ARMANDO ZUBIATE, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2010C02815) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **March 13, 2020.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Lucas, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before March 13, 2020.

IT IS SO ORDERED this 14th day of February, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.